**FENNEMORE CRAIG, P.C.**
Richard I. Dreitzer, Esq., NV Bar No. 6626
9275 W. Russell Road, Suite 240
Las Vegas, NV 89148
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: rdreitzer@fclaw.com
*Attorney for Plaintiffs*
*Tomahawk Manufacturing, Inc. and Formtec, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC., a Wisconsin corporation, and FORMTEC, LLC, a Wisconsin limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>SPHERICAL INDUSTRIES, INC., a Nevada Corporation, SPHERICAL INDUSTRIES HOLDINGS LLC, a Nevada Limited Liability Company, CHRISTOPHER MICHAEL DUGGAN, and WILL STEVEN HARDY,<br><br>Defendants. | CASE NO.: 2:23-cv-01007-APG-NJK<br><br>**DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1 AND CERTIFICATE OF INTERESTED PARTIES PURSUANT TO L.R. 7.1-1** |

The undersigned counsel of record for Plaintiffs TOMAHAWK MANUFACTURING, INC. and FORMTEC, LLC, submits the following list in compliance with Fed. R. Civ. P. 7.1 and Local Rule 7.1-1:

The Plaintiffs hereby state, pursuant to Fed. R. Civ. P. 7.1, that no entity owns more than 10% of the stock of TOMAHAWK MANUFACTURING, INC., no entity owns more than 10% of the membership interests of FORMTEC, LLC and neither of the Plaintiffs have a parent company.

/ / /

/ / /

/ / /

29479505.1/062949.0001

The Plaintiffs further certify, pursuant to Local Rule 7.1-1, that there are no known interested parties with a direct, pecuniary interest in the outcome of this case other than those parties named in the case.

DATED: this 30th day of June, 2023.

Aaron T. Olejniczak (*Pro hac vice* pending)
Andrus Intellectual Property Law, LLP
790 North Water Street, Suite 2200
Milwaukee, Wisconsin 53202
Telephone: (414) 271-7590
Facsimile: (414) 271-5770
E-mail: aarono@andruslaw.com

Steven L. Levitt (*Pro hac vice* pending)
Trevor M. Gomberg (*Pro hac vice* pending)
Levitt LLP
129 Front Street
Mineola, New York 11501
Telephone: (516) 248-9700
Facsimile: (516) 741-9224
E-mail: slevitt@levittlawllp.com
tgomberg@levittlawllp.com
*Co-Counsel for Plaintiffs Tomahawk Manufacturing, Inc. and Formtec, LLC*

Respectfully submitted

*/s/ Richard I. Dreitzer*
Richard Dreitzer
9275 W. Russell Road, Suite 240
Las Vegas, NV 89148
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: rdreitzer@fclaw.com

29479505.1/062949.0001