| Attorney or Party without Attorney:<br>Richard I. Dreitzer, Esq. (SBN 6626)<br>Fennemore Craig, P.C.<br>9275 W Russell Rd Suite 240<br>Las Vegas, NV 89148<br>Telephone No: (702) 692-8000 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Attorney For: Plaintiff, Seneca Insurance Company, Inc. | | *Ref. No. or File No.:*<br>062949.0001 | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT DISTRICT OF NEVADA | | | | | |
| *Plaintiff:* TOMAHAWK MANUFACTURING, INC., et al.,<br>*Defendant:* SPHERICAL INDUSTRIES, INC., et al. | | | | | |
| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>23-cv-01007-APG-NJK | |

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SEE ATTACHED LIST OF DOCUMENTS

3.  *a. Party served:* SPHERICAL INDUSTRIES, INC., a Nevada Corporation
    *b. Person served:* Aliyah Taa - Authorized Agent, a person of suitable age and discretion at the most recent street address of the registered agent shown on the information filed with the Secretary of State.

4.  *Address where the party was served:* REGISTERED AGENT - Registered Agents Inc.
    401 Ryland St #200, Reno, NV 89502

5.  *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Jul 05 2023 (2) at: 01:25 PM

6.  *Person Who Served Papers:*
    a. Toni Ruckman (R-2020-00063, Washoe)                    d. *The Fee for Service was:*
    **b. FIRST LEGAL**
    NEVADA PI/PS LICENSE 1452
    2920 N. GREEN VALLEY PARKWAY, SUITE 514
    HENDERSON, NV 89014
    c. (702) 671-4002

7.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

07/06/2023

*(Date)*

*(Signature)*



**PROOF OF SERVICE**

*9138892*
*(55219359)*

Case Number: 23-cv-01007-APG-NJK

TOMAHAWK MANUFACTURING, INC., et al., VS SPHERICAL INDUSTRIES, INC., et al.

UNITED STATES DISTRICT COURT DISTRICT OF NEVADA

List of Documents:

- SUMMONS IN A CIVIL ACTION

- VERIFIED COMPLAINT JURY TRIAL DEMANDED

- PLAINTIFFS TOMAHAWK MANUFACTURING, INC. AND FORMTEC, LLC'S EX PARTE EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION

- ORDER SETTING HEARING

- PLAINTIFFS TOMAHAWK MANUFACTURING, INC. AND FORMTEC, LLC'S EX PARTE EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION

- PLAINTIFFS TOMAHAWK MANUFACTURING, INC. AND FORMTEC, LLC'S EMERGENCY MOTION FOR AN EX PARTE PRESERVATION ORDER AND FOR LIMITED PRE-HEARING EXPEDITED DISCOVERY IN SUPPORT OF THEIR APPLICATION FOR AN EX PARTE TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION