UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC., and FORMTEC, LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SPHERICAL INDUSTRIES, INC., SPHERICAL INDUSTRIES HOLDINGS LLC, CHRISTOPHER MICHAEL DUGGAN, and WILL STEVEN HARDY,<br><br>　　　　Defendants. | Case No.: 2:23-cv-01007-APG-NJK<br><br>**Order Temporarily Sealing Documents** |

   I have temporarily sealed defendant Christopher Duggan's motion to compel (ECF No. 56) and declaration (ECF No. 59) until I can resolve the plaintiffs' emergency motion to seal (ECF No. 58).  I remind Duggan that I have ordered him "to refrain from using, disclosing, disseminating, publicizing, or transferring the Plaintiffs' Trade Secrets, including by filing a provisional or nonprovisional patent application before the U.S. Patent and Trademark Office, until further order from the court." ECF No. 52 at 3.  As I explained to Duggan during the July 18, 2023 hearing, he is not to publicly disclose the Plaintiffs' Trade Secrets as I have defined that term even if he does not agree that they constitute trade secrets.  That includes filing unsealed documents on the public court docket.  If Duggan needs to file something with the court that discloses the trade secrets, then he must file it under seal and comply with Local Rule IA 10-5.

   DATED THIS 1st day of August, 2023.

_____
Andrew P. Gordon
UNITED STATES DISTRICT JUDGE