# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC., and FORMTEC, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SPHERICAL INDUSTRIES, INC., SPHERICAL INDUSTRIES HOLDINGS LLC, CHRISTOPHER MICHAEL DUGGAN, and WILL STEVEN HARDY,<br><br>Defendants. | Case No.: 2:23-cv-01007-APG-NJK<br><br>**ORDER SETTING INJUNCTION HEARING** |

I will conduct the evidentiary hearing on the plaintiffs' motion for a preliminary injunction (ECF No. 3) on **November 8, 9, and 28-30 (if necessary), 2023 beginning at 9:00 a.m**. each day in Las Vegas Courtroom 6C.

DATED THIS 24th day of August, 2023.

Andrew P. Gordon
UNITED STATES DISTRICT JUDGE