# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TOMAHAWK MANUFACTURING, INC., et al.,

    Plaintiff(s),

v.

SPHERICAL INDUSTRIES, INC., et al.,

    Defendant(s).

Case No. 2:23-cv-01007-APG-NJK

**Order**

[Docket No. 99]

Pending before the Court is a stipulation for some out of state counsel to appear remotely at the hearing on the motion for protective order. Docket No. 99. For good cause shown, that stipulation is **GRANTED** in that the subject attorneys may appear telephonically. Any such attorney must appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

    IT IS SO ORDERED.

    Dated: September 18, 2023

                                        Nancy J. Koppe
                                        United States Magistrate Judge