# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TOMAHAWK MANUFACTURING, INC., and FORMTEC, LLC,

        Plaintiffs,

v.

SPHERICAL INDUSTRIES, INC., SPHERICAL INDUSTRIES HOLDINGS LLC, CHRISTOPHER MICHAEL DUGGAN, and WILL STEVEN HARDY,

        Defendants.

Case No.: 2:23-cv-01007-APG-NJK

**Order Setting Briefing Schedule**

    I ORDER that by October 19, 2023, the defendants may file a response to the plaintiffs' emergency motion for leave to file supplemental authorities (ECF Nos. 113/114), which argues confirmation of the arbitration award moots the need for the evidentiary hearing currently scheduled to begin on November 8, 2023. The plaintiffs may file a reply by October 24, 2023.

    DATED THIS 12th day of October, 2023.

Andrew P. Gordon
UNITED STATES DISTRICT JUDGE