UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC., and FORMTEC, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>SPHERICAL INDUSTRIES, INC., SPHERICAL INDUSTRIES HOLDINGS LLC, CHRISTOPHER MICHAEL DUGGAN, and WILL STEVEN HARDY,<br><br>        Defendants. | Case No.: 2:23-cv-01007-APG-NJK<br><br>**Order Setting Status Conference** |

I will conduct a status conference about the November 8-9 evidentiary hearing on **Tuesday, October 24, 2023 at 3:00 p.m. PDT** using Zoom video conference. The courtroom administrator will provide counsel listed on the docket with the Zoom link to attend the video conference. Counsel is instructed not to forward the link to others. If additional participants need to appear, counsel is directed to contact Courtroom Administrator Melissa Johansen at melissa_johansen@nvd.uscourts.gov.

Members of the public may attend the hearing in Las Vegas Courtroom 6C. For clarity of the record and best participation, I strongly recommend that all participants use a headset with a microphone during the hearing.

Photographing, recording, and rebroadcasting of court proceedings is strictly prohibited. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

Counsel is reminded that this is a formal court proceeding and that proper courtroom attire is expected.

DATED THIS 13th day of October, 2023.

_____
Andrew P. Gordon
UNITED STATES DISTRICT JUDGE