UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC., et al.,<br><br>Plaintiffs<br><br>v.<br><br>SPHERICAL INDUSTRIES, INC., et al.,<br><br>Defendants | Case No.: 2:23-cv-01007-APG-NJK<br><br>**Order** |

Defendant Christopher Duggan filed multiple documents while still represented by counsel in violation of Local Rule IA 11-6(a) ("Unless the court orders otherwise, a party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney."). ECF Nos. 165-68. I have since approved the withdrawal of his counsel, so I will not strike these documents even though they were filed before I approved counsel's withdrawal. I am retroactively allowing them to remain on the docket, but I have ordered them to be placed under seal because they appear to contain information that is covered by the protective order in this case. Mr. Duggan is warned that he must not publicly file information that is covered by protective orders. If he disagrees with those orders, he may move to vacate them.

DATED this 11th day of January, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE