UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC., et al.,<br><br>    Plaintiffs<br><br>v.<br><br>SPHERICAL INDUSTRIES, INC., et al.,<br><br>    Defendants | Case No.: 2:23-cv-01007-APG-NJK<br><br>**Order** |

Counsel for the defendants have moved to withdraw. ECF Nos. 174; 179. **Any party wishing to respond to those motions must file a response by January 31, 2024**. I remind the defendants that defendant Christopher Duggan cannot represent defendants Will Hardy, Spherical Industries Holdings LLC, or Spherical Industries, Inc. *See Simon v. Hartford Life, Inc.*, 546 F.3d 661, 664 (9th Cir. 2008) ("It is well established that the privilege to represent oneself pro se provided by [28 U.S.C.] § 1654 is personal to the litigant and does not extend to other parties or entities."); *C.E. Pope Equity Tr. v. United States*, 818 F.2d 696, 697 (9th Cir. 1987) (stating that a non-attorney "has no authority to appear as an attorney for others than himself"). Spherical Industries Holdings LLC and Spherical Industries, Inc. must appear in this case through counsel. *See Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993) (stating that "a corporation may appear in the federal courts only through licensed counsel"); *In re America W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) ("Corporations and other unincorporated associations must appear in court through an attorney.").

DATED this 17th day of January, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE