UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC., et al.,<br><br>　　Plaintiffs<br><br>v.<br><br>SPHERICAL INDUSTRIES, INC., et al.,<br><br>　　Defendants | Case No.: 2:23-cv-01007-APG-NJK<br><br>**Order** |

I ORDER that the deadlines to file responses to any pending motions other than the two motions to withdraw as counsel (ECF Nos. 174, 179) are VACATED pending further order of the court.

DATED this 18th day of January, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE