# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TOMAHAWK MANUFACTURING, INC., et al.,

    Plaintiff(s),

v.

SPHERICAL INDUSTRIES, INC., et al.,

    Defendant(s).

Case No. 2:23-cv-01007-APG-NJK

**Order**

[Docket No. 189]

Pending before the Court is a motion to seal filings that were docketed with ineffective redaction. Docket No. 189. For good cause shown, the motion to seal is **GRANTED**. The Clerk's Office is **INSTRUCTED** to seal Docket Nos. 122 and 130. No later than February 8, 2024, Plaintiffs must file notices of corrected image on the docket with properly redacted versions of these documents.

IT IS SO ORDERED.

Dated: February 1, 2024

                                                    Nancy J. Koppe
                                                  United States Magistrate Judge

1