**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC., and FORMTEC, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SPHERICAL INDUSTRIES, INC., SPHERICAL INDUSTRIES HOLDINGS LLC, CHRISTOPHER MICHAEL DUGGAN, and WILL STEVEN HARDY,<br><br>Defendants. | Case No.: 2:23-cv-01007-APG-NJK<br><br>**Order Granting Motions to Seal**<br><br>**[ECF Nos. 115, 124, 145, 149, 161]** |

I ORDER that the motions to seal **(ECF Nos. 115, 124, 145, 149, 161) are**

**GRANTED**. DATED THIS 9th day of February, 2024.

_____
Andrew P. Gordon
UNITED STATES DISTRICT JUDGE