# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TOMAHAWK MANUFACTURING, INC.
and FORMTEC, LLC,

    Plaintiffs

v.

SPHERICAL INDUSTRIES, INC., et al.,

    Defendants

Case No.: 2:23-cv-01007-APG-NJK

**Order Granting Motion to Seal**

[ECF No. 205]

I ORDER that the plaintiffs' motion to seal (ECF No. 205) is GRANTED.  The clerk of court shall seal ECF No. 198 because it contains material I previously ordered must be filed under seal.

I FURTHER ORDER that by February 20, 2024, the plaintiffs shall file a redacted version of ECF No. 198 on the publicly accessible docket.  Although I ordinarily would require the party filing the document to prepare the redacted version, defendant Christopher Duggan has demonstrated an unwillingness to abide by my orders in this case regarding sealing.

DATED this 13th day of February, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE