# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC. and FORMTEC, LLC, <br><br> Plaintiffs <br><br> v. <br><br> SPHERICAL INDUSTRIES, INC., et al., <br><br> Defendants | Case No.: 2:23-cv-01007-APG-NJK <br><br> **Order Accelerating Briefing Schedule** |

I ORDER that, because defendant Christopher Duggan continues to disobey my orders, I am moving up the deadline for him to respond to the plaintiffs' motions for an order to show cause why he should not be held in contempt (ECF No. 170) and for an adjudication that he is a vexatious litigant (ECF No. 173).[1]  Defendant Christopher Duggan's deadline to file a response to these motions is February 27, 2024.  The plaintiffs' deadline to file a reply is March 5, 2024.

DATED this 13th day of February, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] Because these motions are directed only at Duggan, the other defendants are not prejudiced by the accelerated time schedule while they seek replacement counsel or decide to proceed pro se following the recent withdrawal of counsel.