```
STEPHEN HEALY, Attorney (NSB #3510)
LAW OFFICE OF STEPHEN HEALY
1390 N. McDowell Blvd., Ste. G
Petaluma, CA 94954
(707) 772-5496 Office
(707) 676-8648 Fax
sjh@stephenhealy.com
Attorney for Defendants
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC., et al,<br><br>           Plaintiffs,<br><br>vs.<br><br>SPHERICAL INDUSTRIES, INC., et al,<br><br>           Defendants | Case No.: 22-cv-01007-APG-NJK<br><br>NOTICE OF GENERAL APPEARANCE ON BEHALF OF ALL DEFENDANTS |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on February 9, 2024, this Court Ordered:

"ORDER. IT IS THEREFORE ORDERED that the motions to withdraw as counsel (ECF Nos.174 ,179 ) are GRANTED. Alejandro S. Angulo, Michael J. Malakouti, Ryan W. Daniels, Samantha L.G. Papuchis, and Louis Martin Bubala, III are withdrawn as counsel for all defendants in this matter. IT IS FURTHER ORDERED that defendants Spherical Industries, Inc. and Spherical Industries Holdings LLC have until March 4, 2024 to obtain counsel to represent them in this matter

NOTICE OF GENERAL APPEARANCE ON BEHALF OF ALL DEFENDANTS - 1

and to have their counsel file an appearance. IT IS FURTHER ORDERED that by March 4, 2024, defendant Will Hardy shall advise the court whether he has obtained counsel or whether he intends to proceed pro se. … "

The below-signed has been duly admitted and licensed to practice law before all of the Courts in the State of Nevada since September 26, 1988, license number 3510, and further admitted to practice law before the United States District Court, District of Nevada, since February 4, 1991.

The below signed has been requested by the Defendants, and each of them, to represent the Defendants SPHERICAL INDUSTRIES, INC., a Nevada Corporation; SPHERICAL INDUSTRIES HOLDINGS LLC, a Nevada Limited Liability Company; CHRISTOPHER MICHAEL DUGGAN; and WILL STEVEN HARDY, as attorney of record in the above-entitled matter.

The below signed has agreed to appear, and by this Notice, generally appears in the above-entitled matter.

Respectfully Submitted,

Dated this 4th day of March, 2024.

/s/
_____
Stephen Healy
Attorney for Defendants

NOTICE OF GENERAL APPEARANCE ON BEHALF OF ALL DEFENDANTS - 2