# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC. and FORMTEC, LLC,<br><br>Plaintiffs<br><br>v.<br><br>SPHERICAL INDUSTRIES, INC., et al.,<br><br>Defendants | Case No.: 2:23-cv-01007-APG-NJK<br><br>**Order** |

On March 4, 2024, attorney Stephen Healy entered an appearance for all defendants. ECF No. 213. The notice of appearance states that Healy is a Nevada licensed attorney but lists only a California address. Healy is directed to comply with Local Rule IA 11-1(b) if he does not maintain a Nevada office within the meaning of that rule.

I ORDER that by March 22, 2024, defense counsel Stephen Healy shall either notify the court that he maintains a Nevada office and provide the address or comply with Local Rule IA 11-1(b)(2).

DATED this 11th day of March, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE