# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC., et al., <br><br> Plaintiff(s), <br><br> v. <br><br> SPHERICAL INDUSTRIES, INC., et al., <br><br> Defendant(s). | Case No. 2:23-cv-01007-APG-NJK <br><br> **Order** <br><br> [Docket No. 215] |

Pending before the Court is Plaintiffs' motion to modify discovery deadlines. Docket No. 215. The motion was filed without conferring with the defense. *See id.* at 4. At this juncture, the Court finds that further efforts at conferral are warranted.[1] Accordingly, the motion is **DENIED** without prejudice. Any renewed request must be filed by March 26, 2024.

IT IS SO ORDERED.

Dated: March 19, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The motion does not comply with the requirements of Local Rule 26-3, including identifying the discovery taken to date and specifying the remaining discovery. Moreover, the motion misunderstands the governing standard in asserting that good cause need not be shown for the request since it was filed more than 21 days before the subject deadline. Fed. R. Civ. P. 16(b)(4) (the scheduling order "may be modified *only for good cause*" (emphasis added)); *see also* Local Rule 26-3 ("A motion or stipulation to extend any date set by the discovery plan, scheduling order, or other order *must,* in addition to satisfying the requirements of LR IA 6-1, *be supported by a showing of good cause* for the extension" (emphasis added)).