# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC., a Wisconsin corporation, and FORMTEC, LLC, a Wisconsin limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>SPHERICAL INDUSTRIES, INC., a Nevada Corporation, SPHERICAL INDUSTRIES HOLDINGS LLC, a Nevada Limited Liability Company, CHRISTOPHER MICHAEL DUGGAN, and WILL STEVEN HARDY,<br><br>Defendants. | CASE NO.: 2:23-cv-01007-APG-NJK<br><br>[PROPOSED]<br>ORDER GRANTING PLAINTIFF'S MOTION TO SEAL ECF NO. 147 |

Pending before the Court is a motion to seal a filing that was docketed with ineffective redaction. Docket No. 147. For good cause shown, the motion to seal is **GRANTED**. The Clerk's Office is INSTRUCTED to seal Docket No. 147. No later than March 27, 2024, Plaintiffs must file a notice of corrected image on the docket with a properly redacted version of this document.

IT IS SO ORDERED.

Dated: March 22, 2024

_____
Hon. Nancy J. Koppe
United States Magistrate Judge

45955692.1/062949.0001