**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC., and FORMTEC, LLC,<br><br>          Plaintiffs,<br><br>v.<br><br>SPHERICAL INDUSTRIES, INC., SPHERICAL INDUSTRIES HOLDINGS LLC, CHRISTOPHER MICHAEL DUGGAN, and WILL STEVEN HARDY,<br><br>          Defendants. | Case No.: 2:23-cv-01007-APG-NJK<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 223] |

      I ORDER that the plaintiffs' motion to extend time (ECF No. 223) is GRANTED. The plaintiffs' responses to the pending motions are due March 29, 2024.

      DATED THIS 26th day of March, 2024.

                                                        Andrew P. Gordon
                                                        UNITED STATES DISTRICT JUDGE