**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC. and FORMTEC, LLC,<br><br>Plaintiffs<br><br>v.<br><br>SPHERICAL INDUSTRIES, INC., et al.,<br><br>Defendants | Case No.: 2:23-cv-01007-APG-NJK<br><br>**Order** |

I have previously warned defendant Christopher Duggan to cease filing documents on the public record that contain information covered by the protective order in this case. *See* ECF Nos. 40; 177. Despite that warning, his counsel has filed documents on the public docket containing the same information. ECF Nos. 238; 238-1. I recognize that counsel has only recently appeared in this case. Nevertheless, he should be familiar with the orders in this case, particularly where the plaintiffs have moved to sanction Duggan and have him declared a vexatious litigant for similar conduct. *See* ECF Nos. 170; 173. **A continued failure to comply with my orders may result in sanctions against the parties and their counsel, including monetary sanctions and the dismissal of claims and defenses.**

I THEREFORE ORDER the clerk of court to seal ECF Nos. 238 and 238-1.

I FURTHER ORDER the defendants to file redacted versions of these documents by April 12, 2024.

DATED this 1st day of April, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE