UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC., et al.,<br><br>Plaintiffs<br><br>v.<br><br>SPHERICAL INDUSTRIES, INC., et al.,<br><br>Defendants | Case No.: 2:23-cv-01007-APG-NJK<br><br>**Order Granting, in part, Defendants' Additional Motions to Seal**<br><br>[ECF Nos. 260, 264] |

The defendants have filed two additional motions to seal. ECF Nos. 260, 264. I granted, in part, their prior motion to seal but rejected their blanket attempt to seal their motion to dismiss in its entirety. ECF No. 257. The defendants' current motions to seal suffer from the same defect: they seek to seal the entirety of two motions and a response brief when only portions of those documents contain alleged trade secrets. Only those portions of the documents that contain specific references to trade secrets may be sealed. The remainder of the documents must be filed as publicly-accessible documents.

I will allow the currently sealed documents (ECF Nos. 258, 259, 262, 263) to remain sealed. The defendants will file unsealed (publicly available) versions of those documents, redacting the alleged trade secret material. Prior to filing those version, the defendants' counsel must contact the plaintiffs' counsel to discuss what specific portions constitute alleged trade secrets, and those portions are to be redacted from the publicly filed documents.

I THEREFORE ORDER that the defendants' motions to seal **(ECF No. 260, 264) are granted in part**. The currently sealed documents **(ECF Nos. 258, 259, 262, 263) shall remain sealed.**

I FURTHER ORDER the parties to confer about what portions of those documents should be redacted. The defendants must then file publicly available versions of the documents, redacting the alleged trade secrets.

I FURTHER ORDER that, going forward, the parties must confer before any party files a sealed document, unless there is good reason not to confer (e.g., an emergency), which must be explained in a motion to seal.

DATED this 22nd day of April, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE