# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TOMAHAWK MANUFACTURING, INC., et al.,

       Plaintiffs

v.

SPHERICAL INDUSTRIES, INC., et al.,

       Defendants

Case No.: 2:23-cv-01007-APG-NJK

**Order Denying Verified Petition**

[ECF No. 261]

    Attorney Phil Virga filed a verified petition for permission to practice in this case only by an attorney not admitted to the bar of this court. ECF No. 261.  On April 23, 2024, I advised Virga that he "must explain the reasons for and the conditions of his current probation from the State Bar of California." ECF No. 268.  I advised Virga that failure to comply by May 23, 2024 would result in denial of the petition. *Id.*  On April 30, 2024, Virga filed a corrected image of his petition. ECF No. 278.  I advised Virga that the petition still did not comply with my prior order and that he "must explain the reasons for and the conditions of his current probation from the State Bar of California." ECF No. 279.  I again gave him until May 23, 2024 to comply. *Id.* Virga has not done so.

    I THEREFORE ORDER that the verified petition **(ECF No. 261) is DENIED**.

    DATED this 3rd day of June, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE