# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC., et al., <br><br> Plaintiff(s), <br><br> v. <br><br> SPHERICAL INDUSTRIES, INC., et al., <br><br> Defendant(s). | Case No. 2:23-cv-01007-APG-NJK <br><br> **Order** <br><br> [Docket Nos. 318, 319, 320] |

On July 22, 2024, Defendant Spherical Industries filed a motion to withdraw admissions, Docket No. 318, followed by a notice of corrected image, Docket No. 319.  A few hours later, Plaintiffs filed a motion to seal on the grounds that the defense filings revealed trade secret information.  Docket No. 320.  For good cause shown, the motion to seal is **GRANTED**.[1]  The Clerk's Office is **INSTRUCTED** to seal Docket Nos. 318 and 319.

In addition, the motion to withdraw admissions is **STRICKEN** and **DENIED** without prejudice.  Defense counsel cannot refile this motion until July 30, 2024.  In the interim, Plaintiffs must identify any and all appropriate redactions in these filings and must provide those redactions to the defense by noon on July 29, 2024.  Any renewed motion to withdraw admissions filed by the defense must include all redactions proposed by Plaintiffs.  Moreover, Plaintiffs must promptly thereafter file a motion to justify those redactions.

IT IS SO ORDERED.

Dated: July 23, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The motion to seal also seeks the imposition of sanctions.  That request is **DENIED** without prejudice to the filing of a separate renewed motion providing meaningfully developed argument on that issue.  *See, e.g.*, Local Rule IC 2-2(b).

1