# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC., and FORMTEC, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SPHERICAL INDUSTRIES, INC., SPHERICAL INDUSTRIES HOLDINGS, LLC, CHRISTOPHER MICHAEL DUGGAN, and WILL STEVEN HARDY,<br><br>Defendants. | Case No.: 2:23-cv-01007-APG-NJK<br><br>**Order Denying Motions to Dismiss as Moot**<br><br>**[ECF Nos. 255, 258]** |

In light of the amended complaint (ECF No. 309),

I ORDER that the defendants' motions to dismiss **(ECF Nos. 255, 258) are DENIED as moot** because they are directed at a prior version of the complaint.

DATED this 13th day of August, 2024.

_____
Andrew P. Gordon
UNITED STATES DISTRICT JUDGE