# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC., et al., <br><br> Plaintiff(s), <br><br> v. <br><br> SPHERICAL INDUSTRIES, INC., et al., <br><br> Defendant(s). | Case No. 2:23-cv-01007-APG-NJK <br><br> **Order** <br><br> [Docket No. 357] |

Pending before the Court is Plaintiffs' motion to compel, to extend case management deadlines, and to award expenses, including attorneys' fees. Docket No. 357; *see also* Docket No. 358 (sealed version). The deadline to file a response is **ADVANCED** to October 10, 2024, and the deadline to file a reply is **ADVANCED** to October 11, 2024.[1]

IT IS SO ORDERED.

Dated: October 8, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The deadlines set herein govern this briefing schedule regardless of whether notices automatically generated by CMECF state otherwise. Local Rule IC 3-1(d).

1