**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Tomahawk Manufacturing Inc. et al           )   Case #2:23-cv-01007-APG-NJK
                                            )
                                            )
            Plaintiff(s),                   )   **VERIFIED PETITION FOR**
                                            )   **PERMISSION TO PRACTICE**
      vs.                                   )   **IN THIS CASE ONLY BY**
                                            )   **ATTORNEY NOT ADMITTED**
Spherical Industries Inc. et al             )   **TO THE BAR OF THIS COURT**
                                            )   **AND DESIGNATION OF**
                                            )   **LOCAL COUNSEL**
            Defendant(s).                   )
                                            )   FILING FEE IS $250.00

_____Clayton Frank Mullaly_____, Petitioner, respectfully represents to the Court:
    (name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

_____Law Offices of Stephen Healy_____
                                (firm name)

with offices at _____1390 N. McDowell Blvd Ste. G_____,
                               (street address)

___Petaluma___, ___California___, ___94954___,
   (city)           (state)         (zip code)

___707-772-5496___, ___claytonm@stephenhealy.com___.
(area code + telephone number)        (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

___Spherical Industries Inc.___ to provide legal representation in connection with
        [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since October 1, 2024 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State Bar of California | 10/01/2024 | 356169 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

none.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

7. That Petitioner is a member of good standing in the following Bar Associations.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| none | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Signed by: Clayton Mullaly
_____
Petitioner's signature

STATE OF Nevada )
                )
COUNTY OF Clark )

___Clayton Frank Mullaly___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

Signed by: Clayton Mullaly
_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of _____, ___ SEE ATTACHED
For California Notary Certificate

_____
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Stephen Healy___, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

400 S. 4th Street Suite 500
(street address)

Las Vegas, Nevada, 89101
(city) (state) (zip code)

707-772-5496, sjh@stephenhealy.com
(area code + telephone number) (Email address)

4

Rev. 5/16

# California Jurat

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Sonoma

Subscribed and sworn to (or affirmed) before me on this 12th day of November, 2024, by Clayton Frank Mullaly proved to me on the basis of satisfactory evidence to be the person who appeared before me.

REBECCA SPADY
Notary Public - California
Sonoma County
Commission # 2436646
My Comm. Expires Jan 31, 2027

(SEAL)

Rebecca Spady
Notary Public, Sonoma County
Commission #2436646
Expires on January 31, 2027

**Optional:** Not required by law, however, may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form

**Description of Attached Documents:** Verified Petition For Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court and Designation of Local Counsel
Title or Type of Document:
Number of Pages: 5
Date of Document: 11·12·2024
Signer(s): Other Than Named Above: ___

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Stephen Healy_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Will Hardy* (DocuSigned)
(party's signature)

Will Hardy, Spherical Industries
(type or print party name, title)

*[signature]* (DocuSigned)
(party's signature)

Chris Duggan, Spherical Industries
(type or print party name, title)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*Stephen Healy* (DocuSigned)
Designated Resident Nevada Counsel's signature

| 3510 | sjh@stephenhealy.com |
|---|---|
| Bar number | Email address |

APPROVED:

Dated: this __18th__ day of __November__, 20__24__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16