**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC., et al., <br><br> Plaintiffs <br><br> v. <br><br> SPHERICAL INDUSTRIES, INC., et al., <br><br> Defendants | Case No.: 2:23-cv-01007-APG-NJK <br><br> **Order Conditionally Granting Motions to Seal** |

I ORDER that the following motions to seal are conditionally GRANTED pending resolution of my order to show cause (ECF No. 329):

ECF Nos. 324, 326, 336, 340, 344, 348, 350, 354, 359, 369, 375, 376, 378, 382, 384, 397, 401, 408, 412, 416, 418, 424, 425, and 427.

I FURTHER ORDER that the parties need not file motions to seal in relation to filings in this case in the future if the basis for the motion to seal would be the same as has already been granted in this case. Instead, the parties should indicate in the caption that the filing is filed under seal pursuant to this order, and they still must file a redacted, publicly available version. But if a party seeks to seal a document or any portion of it on different grounds not previously granted, then they must file a motion to seal.

DATED this 9th day of December, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE