# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC., et al., <br><br> Plaintiffs <br><br> v. <br><br> SPHERICAL INDUSTRIES, INC., et al., <br><br> Defendants | Case No.: 2:23-cv-01007-APG-NJK <br><br> **Order Unsealing ECF No. 467** <br><br> [ECF No. 261] |

I previously ordered that my March 4, 2025 order (ECF No. 467) would be unsealed if the plaintiffs had not obtained relief from the Ninth Circuit by April 3, 2025. The plaintiffs did not seek relief from the Ninth Circuit, and instead advised the court that they would not do so. ECF No. 469.

I THEREFORE ORDER the clerk of court to unseal ECF No. 467.

DATED this 4th day of April, 2025.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE