UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC., et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>SPHERICAL INDUSTRIES, INC., et al.,<br><br>    Defendant(s). | Case No. 2:23-cv-01007-APG-NJK<br><br>**Order**<br><br>[Docket No. 479] |

    Defendants filed a fifth motion to modify the protective order. Docket No. 479. It is not clear why this motion was filed. The fourth motion to modify the protective order remains pending and is awaiting briefing. Docket No. 474. The Court will not permit separate briefing on these two motions; all arguments must be included within the briefing for the fourth motion to modify the protective order at Docket No. 474. Moreover, the schedule for briefing the fourth motion to modify the protective order remains unchanged.

    IT IS SO ORDERED.

    Dated: April 22, 2025

                                                            Nancy J. Koppe<br>
                                                            United States Magistrate Judge