**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC., et al., <br><br> Plaintiffs <br><br> v. <br><br> SPHERICAL INDUSTRIES, INC., et al., <br><br> Defendants | Case No.: 2:23-cv-01007-APG-NJK <br><br> **Order Rejecting Proposed Pretrial Orders** <br><br> [ECF Nos. 536, 540, 541] |

The parties' separately proposed pretrial orders (ECF Nos. 536, 540, 541) do not comply with Local Rules 16-3 and 16-4. The parties admit they did not have the required "meet and confer." They have not discussed what facts can be admitted and what exhibits can be stipulated into evidence. Nor have they exchanged objections to exhibits and deposition transcripts. I therefore reject the parties' proposed orders.

I THEREFORE ORDER that the parties' proposed pretrial orders **(ECF Nos. 536, 540, 541) are rejected**. The parties shall meaningfully confer and prepare a joint proposed pretrial order, which must be filed by August 21, 2025. The failure to comply with this order will result in sanctions against parties and counsel, which may included dismissal of claims and defenses and monetary fines.

DATED this 21st day of July, 2025.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE