**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC., a Wisconsin corporation, and FORMTEC, LLC, a Wisconsin limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>SPHERICAL INDUSTRIES, INC. d/b/a ROGUEFLO, a Nevada Corporation, as successor to SPHERICAL INDUSTRIES, LLC, SPHERICAL INDUSTRIES HOLDINGS LLC, a Nevada Limited Liability Company, ENTOURAGE INTERNATIONAL, INC. a Nevada corporation, BLOCKXCHANGE, INC., CHRISTOPHER MICHAEL DUGGAN, and WILL STEVEN HARDY,<br><br>Defendants. | **CASE NO.: 2:23-cv-01007-APG-NJK**<br><br>**JOINT STIPULATION AND ORDER ENLARGING TIME TO FILE THE JOINT PROPOSED PRETRIAL ORDER** |

**WHEREAS**, on July 21, 2025, the Court directed that the parties "meaningfully confer and prepare a joint proposed pretrial order, which must be filed by August 21, 2025" (ECF No. 545).

**WHEREAS,** the parties have meaningfully conferred, and have been exchanging drafts of a proposed pretrial order, however the preparation of the joint submission has taken longer than the parties had anticipated.

**WHEREAS,** to facilitate a joint submission, the parties respectfully request a two (2) business day enlargement of time, to and including August 25, 2025 to file same, which will not impact any case deadline.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the parties to this action, that the deadline to file the joint proposed pretrial order should be enlarged to and including August 25, 2025.

/ / /

| | | |
|---|---|---|
| 1 | Dated: August 21, 2025 | Respectfully submitted, |
| 2 | | |
| 3 | TOMAHAWK MANUFACTURING, INC. and FORMTEC, LLC | SPHERICAL INDUSTRIES, INC. d/b/a ROGUEFLO, a Nevada Corporation, as successor to SPHERICAL INDUSTRIES, LLC, SPHERICAL INDUSTRIES HOLDINGS LLC, a Nevada Limited Liability Company, ENTOURAGE INTERNATIONAL, INC. a Nevada corporation, BLOCKXCHANGE, INC., CHRISTOPHER MICHAEL DUGGAN, and WILL STEVEN HARDY, |
| | *By their Co-Counsel:* | *By their Co-Counsel:* |
| | /s/ Trevor M. Gomberg | /s/ Stephen Healy |
| | Richard I. Dreitzer | Stephen Healy |
| | Fennemore Craig, P.C. | Sean Healy (*admitted*, *pro hac vice*) |
| | 9275 W. Russell Road, Suite 240 | Law Office of Stephen Healy |
| | Las Vegas, Nevada 89148 | 400 S 4th St Ste 500 |
| | Telephone: (702) 692-8000 | Las Vegas, NV 89101 |
| | Facsimile:  (702) 692-8099 | (707) 772-5496 |
| | E-mail:  rdreitzer@fennemorelaw.com | sjh@stephenhealy.com |
| | | seanhealy@stephenhealy.com |
| | Aaron T. Olejniczak (*admitted, pro hac vice*) | |
| | Andrus Intellectual Property Law, LLP | |
| | 790 North Water Street, Suite 2200 | |
| | Milwaukee, Wisconsin 53202 | |
| | Telephone: (414) 271-7590 | |
| | Facsimile: (414) 271-5770 | |
| | E-mail: aarono@andruslaw.com | |
| | litigation@andruslaw.com | |
| | | |
| | Steven L. Levitt (*admitted, pro hac vice*) | |
| | Trevor M. Gomberg (*admitted, pro hac vice*) | |
| | Levitt LLP | |
| | 129 Front Street | |
| | Mineola, New York 11501 | |
| | Telephone: (516) 248-9700 | |
| | Facsimile: (516) 741-9224 | |
| | E-mail: slevitt@levittlawllp.com | |
| | tgomberg@levittlawllp.com | |

Good cause appearing, the deadline to file the joint proposed pretrial order in ECF No. 545 is hereby enlarged to and including August 25, 2025.

**IT IS SO ORDERED.**

Dated: August 21, 2025

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE