UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC. et al,<br><br>    Plaintiffs,<br><br>vs.<br><br>SPHERICAL INDUSTRIES, INC., et al,<br><br>    Defendants. | Case No.: 2:23-cv-01007-APG-NJK<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY ECF-578 REDACTED FILING** |

**ORDER**

The parties Tomahawk Manufacturing Inc.et al., on the one hand and Spherical Industries Inc et al., by and through their undersigned counsel, submitted their Joint Stipulation to modify ECF-578 redacted filing. The Court hereby grants leave for the defense to be able to modify the redacted filing of ECF-578 with the correct documents attached and instructs the court clerk to replace ECF 578-1.

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY ECF-578 REDACTED FILING

1

Having reviewed the current Joint Stipulation and good cause shown,

IT IS HEREBY ORDERED that the Joint Stipulation to Modify ECF-578 redacted filing is hereby granted in its entirety.

Dated: December 3, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE