# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Tomahawk Manufacturing, Inc., et al., | Case No. 2:23-cv-01007-APG-NJK |
|     Plaintiff(s), | **Order** |
| v. | |
| Spherical Industries, Inc., et al., | |
|     Defendant(s). | |

Having reviewed the parties' settlement statements, the Court finds that holding a settlement conference would be futile. Accordingly, the Court **VACATES** the settlement conference.

IT IS SO ORDERED.

Dated: December 4, 2025

_____
Nancy J. Koppe
United States Magistrate Judge