UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC., et al.,<br><br>Plaintiffs<br><br>v.<br><br>SPHERICAL INDUSTRIES, INC., et al.,<br><br>Defendants | Case No.: 2:23-cv-01007-APG-NJK<br><br>**Order Denying Motions in Limine**<br><br>[ECF Nos. 599, 600, 601, 602] |

The defendants filed three motions in limine. ECF Nos. 599-602. Local Rule 16-3(a) states that "[m]otions in limine will not be considered unless the movant attaches a statement certifying that the parties have participated in the meet-and-confer process and have been unable to resolve the matter without court action." The defendants' motions contain no such certification.

I THEREFORE ORDER that the defendants' motions in **limine (ECF Nos. 599-602) are denied without prejudice**.

DATED this 29th day of December, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE