UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC., et al., <br><br> Plaintiffs <br><br> v. <br><br> SPHERICAL INDUSTRIES, INC., et al., <br><br> Defendants | Case No.: 2:23-cv-01007-APG-NJK <br><br> **Order Setting Hearing** |

I ORDER that a status conference is set for **Thursday, January 22, 2026 at 9:00 a.m. (PST) in Las Vegas Courtroom 6C**. Counsel or parties wishing to appear by Zoom must contact my Courtroom Administrator Melissa Johansen at Melissa_Johansen@nvd.uscourts.gov for connection information.

DATED this 14th day of January, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE