**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC., et al., <br><br> Plaintiffs <br><br> v. <br><br> SPHERICAL INDUSTRIES, INC., et al., <br><br> Defendants | Case No.: 2:23-cv-01007-APG-NJK <br><br> **Order Granting Permission for Christoper Duggan to File Electronically** <br><br> [ECF No. 612] |

Defendant Christopher Duggan moves for permission to file electronically. ECF No. 612. A pro se litigant may request authorization to register as an electronic filer in a specific case. Local Rule IC 2-1(b).  Duggan's motion is GRANTED subject to the following:

• No later than February 9, 2026, Duggan must file a certification that he is familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events. Duggan is not authorized to file electronically until that certification is filed within the timeframe specified above.

• Upon timely filing of the certification, Duggan must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

Duggan is warned that permission to file electronically will be revoked if that permission is abused (e.g., vexatious or duplicative filings, violating court rules or orders).

DATED this 22nd day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE