**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC., et al.,<br><br>    Plaintiffs<br><br>v.<br><br>SPHERICAL INDUSTRIES, INC., et al.,<br><br>    Defendants | Case No.: 2:23-cv-01007-APG-NJK<br><br>**Order Denying Stipulation** |

The parties stipulate to seal and redact ECF No. 637. ECF No. 638.  By now the parties should be well acquainted with the concept that they cannot simply stipulate to seal filings in this case. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006).  They give no basis for sealing the identified portions of ECF No. 637, and they stipulate to seal some words that less than two weeks ago I reiterated could no longer be sealed. *See* ECF Nos. 635 at 3 ("The plaintiffs are again advised that the words I identified in ECF No. 467 can no longer be sealed in this case going forward."); 467 at 5 ("Specifically, references to sphere-into-cylinder, venturi, water or fluid applications, showerheads or spray nozzles, and increased velocity and decreased pressure and flow rates should no longer be sealed."); 638-1 & 637 (proposing to redact from ECF No. 637 words like sphere-into-cylinder, Venturi, water, and nozzle).

I THEREFORE ORDER that the parties' stipulation **(ECF No. 638) is DENIED**.

DATED this 17th day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE