# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC., et al.,<br><br>      Plaintiffs<br><br>v.<br><br>SPHERICAL INDUSTRIES, INC., et al.,<br><br>      Defendants | Case No.: 2:23-cv-01007-APG-NJK<br><br>**Order Regarding Defendant Duggan's Possession of Thumb Drive** |

On January 16, 2026, defendant Christopher Duggan stated in a filing that he "has possessed ["Attorneys' Eyes Only"]-designated materials in related federal litigation in the District of Oregon for an extended period." ECF No. 625 at 4.  During my January 22, 2026 status hearing, Duggan stated he obtained the materials on a thumb drive from his then-attorney Stephen J. Healy.  That day I ordered Duggan to preserve the thumb drive without alteration or dissemination, and I ordered the parties to confer about how to address this issue. ECF No. 627. The parties conferred but could not agree on a resolution.

I HEREBY ORDER as follows:

1. Duggan shall continue to preserve the thumb drive and shall not disseminate it or its contents to any other person, until further order of either this court or the District Court for the District of Oregon.

2. By February 23, 2026, Duggan must file in this case an affidavit confirming that he has not disseminated the thumb drive or its contents to any other person.

3. If by 5:00 p.m. PDT on May 11, 2026, no party or counsel has applied for any relief to Judge Simon in the matter of *Wolff v. Tomahawk Mfg., Inc.*, U.S. District Court of

Oregon Case No. 21-cv-880-SI, then Duggan must destroy the subject thumb drive on May 12, 2026 and file in this case an affidavit confirming his compliance with this order by May 19, 2026.

4. If any party or counsel seeks relief in the Oregon case as described above, they must give notice to Duggan immediately, to avoid inadvertent destruction of the thumb drive.

DATED this 17th day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2