## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

TOMAHAWK MANUFACTURING, INC., et al.,

    Plaintiffs

v.

SPHERICAL INDUSTRIES, INC., et al.,

    Defendants

Case No.: 2:23-cv-01007-APG-NJK

**Order Granting in Part Motion to Extend Time**

[ECF No. 644]

I ORDER that defendant Christopher Duggan's motion to extend time (ECF No. 644) is GRANTED in part. I extend the deadline for the entity defendants to obtain counsel to March 25, 2026. If Duggan is unable to find counsel for the entities by that date, he must provide a status report describing his health status and the efforts undertaken to locate counsel.

DATED this 25th day of February, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE