**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC., et al., <br><br> Plaintiffs <br><br> v. <br><br> SPHERICAL INDUSTRIES, INC., et al., <br><br> Defendants | Case No.: 2:23-cv-01007-APG-NJK <br><br> **Order Granting Motion to Enforce** <br><br> [ECF No. 645] |

I ORDER that defendant Christopher Duggan's motion to enforce (ECF No. 645) is GRANTED.  Attorney Stephen Healy is ordered to provide to Duggan the defendants' client file in accessible format if he is able to access it.[1]  If he cannot, then Healy must contact Rutan & Tucker and request they provide either (1) accessible documents, (2) software to make them accessible, or (3) an explanation why they cannot or will not provide the file in accessible format.  Duggan and Healy must file a status report by March 11, 2026.

DATED this 25th day of February, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] I presume Healy has been able to access the documents as he's had them for a significant period of time in preparation for the Oregon trial and this case.