# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TOMAHAWK MANUFACTURING, INC., et al.,

    Plaintiffs

v.

SPHERICAL INDUSTRIES, INC., et al.,

    Defendants

Case No.: 2:23-cv-01007-APG-NJK

**Order Unsealing ECF No. 157**

On January 26, 2026, I denied the defendants' motion to seal ECF No. 157. ECF No. 629. But because immediate disclosure would deprive the defendants of the opportunity to seek relief from my order either through an appeal or writ, I kept ECF No. 157 under seal until March 2, 2026. *Id.* at 3. I advised the defendants that if they did not move for relief from the Ninth Circuit by that date, I would unseal ECF No. 157. The defendants have not indicated that they sought relief. There is no notice of appeal in the docket. I have no indication the defendants have sought writ relief, and a search of the Ninth Circuit's docketing system does not show a case with Christopher Duggan, Spherical Industries, Inc., or Will Hardy having filed a case in the relevant time period.

I THEREFORE ORDER the clerk of court to unseal ECF No. 157.

DATED this 6th day of March, 2026.

 

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE