**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC., et al., | Case No.: 2:23-cv-01007-APG-NJK |
| Plaintiffs | **Order Granting Motion to Extend Time** |
| v. | [ECF No. 681] |
| SPHERICAL INDUSTRIES, INC., et al., | |
| Defendants | |

I ORDER that the plaintiffs' motion to extend time **(ECF No. 681) is GRANTED**. The deadline I set in my prior order (ECF No. 642) for any party to apply for relief before Judge Simon in the matter of *Wolff v. Tomahawk Mfg., Inc.*, U.S. District Court of Oregon Case No. 21-cv-880-SI is vacated pending further order of this court. Additionally, defendant Christopher Duggan must maintain possession of the subject thumb drive pending further order of this court.

DATED this 1st day of May, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE