**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| TOMAHAWK MANUFACTURING, INC., et al., | Case No.: 2:23-cv-01007-APG-NJK |
| Plaintiffs | **Order Denying Motions in Limine Without Prejudice** |
| v. | [ECF Nos. 695-97] |
| SPHERICAL INDUSTRIES, INC., et al., | |
| Defendants | |

Defendant Will Hardy filed three motions in limine, along with a certification attesting that counsel had engaged in good faith meet and confer efforts with the plaintiffs' counsel. ECF Nos. 695-98.  The plaintiffs responded with a notice that the parties had not met and conferred. ECF No. 699.  Hardy filed a response indicating that he sent emails in an attempt to confer but received no response.

I deny the motions in limine without prejudice to refile them after a proper meet and confer.  Local Rule 16-3 provides that the court will not consider a motion in limine "unless the movant attaches a statement certifying that the parties have participated in the meet-and-confer process and have been unable to resolve the matter without court action."  Under Local Rule IA 1-3(f), "to 'meet and confer' means to communicate directly and discuss in good faith the issues required under the particular rule or court order.  This requirement is reciprocal and applies to all participants.  Unless these rules or a court order provide otherwise, this requirement may only be satisfied through direct dialogue and discussion in a face-to-face meeting, telephone conference, or video conference.  The exchange of written, electronic, or voice-mail communications does not satisfy this requirement."

Consequently, the emails that Hardy relies on to satisfy the meet-and-confer requirement are insufficient.  So, I deny the motions without prejudice to refile them after the parties have conducted a meet-and-confer as called for under the Local Rules.  If any party does not engage in good faith (e.g., by not timely responding to requests to confer or not actively engaging in negotiations), sanctions may be entered against them.

I THEREFORE ORDER that defendant Will Hardy's motions in limine (ECF Nos. 695-97) are DENIED without prejudice.

DATED this 27th day of May, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2