**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC., et al.,<br><br>Plaintiffs<br><br>v.<br><br>SPHERICAL INDUSTRIES, INC., et al.,<br><br>Defendants | Case No.: 2:23-cv-01007-APG-NJK<br><br>**Order** |

Defendant Will Hardy filed five motions in limine while he was represented by prior counsel. ECF Nos. 717-719; 733; 749. He also filed motions for leave to file replies for two of those motions. ECF Nos. 744; 745. Hardy now has new counsel. ECF No. 795. Accordingly, I direct Hardy's new counsel to review those filings and decide whether Hardy wishes to withdraw those motions or maintain them. I encourage new counsel to confer with the plaintiffs' counsel to determine if any issues in the motions in limine can be resolved or narrowed.

I THEREFORE ORDER that by November 6, 2026, defendant Will Hardy must file a notice advising whether he withdraws the motions in limine and related motions for leave to file reply briefs or maintains the motions.

DATED this 15th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE