**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TOMAHAWK MANUFACTURING, INC., et al.,

Plaintiffs

v.

SPHERICAL INDUSTRIES, INC., et al.,

Defendants

Case No.: 2:23-cv-01007-APG-NJK

**Order**

I previously vacated the September 28, 2026 trial date and ordered that a new trial date would be set after October 2, 2026. ECF No. 750. I therefore direct the parties to confer on a new trial date.

I THEREFORE ORDER that by November 6, 2026, the parties must file a joint status report proposing three trial dates.

DATED this 15th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE