**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Tomahawk Manufacturing, Inc., et al.,

Plaintiff,

v.

Spherical Industries, Inc., et al.,

Defendant(s).

Case No. 2:23-cv-01007-APG-NJK

**Order**

[Docket No. 830]

Plaintiffs filed a status report asking for judicial guidance as to whether they must file a response to motion practice. Docket No. 830. The Court **STRIKES** that status report. If Plaintiffs seek to oppose a motion or present argument for consideration, they must comply with the rules governing the filing of a responsive brief.

IT IS SO ORDERED.

Dated: November 13, 2026

Nancy J. Koppe
United States Magistrate Judge