**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TOMAHAWK MANUFACTURING, INC., et al.,<br><br>Plaintiffs<br><br>v.<br><br>SPHERICAL INDUSTRIES, INC., et al.,<br><br>Defendants | Case No.: 2:23-cv-01007-APG-NJK<br><br>**Order (1) Setting Trial Date and (2) Temporarily Staying New Filings** |

On October 15, 2026, I ordered the parties to confer and file a joint status report proposing three trial dates. ECF No. 806. The only dates provided to the court will not work with my schedule, so I am setting the trial for July 26, 2027.

The parties have filed an avalanche of papers and continue to do so on a near daily basis. Under my inherent authority to control my docket, I temporarily stay any further filings in this case unless it is (1) to respond or reply to an already pending motion or (2) to timely object to a magistrate judge's order or to respond to any such objection. No other filings may be made in this case absent extraordinary circumstances and must be accompanied by a motion for leave to file that explains those circumstances.

I THEREFORE ORDER that the **trial in this case is set for Monday, July 26, 2027 at 8:30 a.m. through August 3, 2027. Calendar call is set for Tuesday, July 20, 2027 at 9:00 a.m.**

I FURTHER ORDER that defendant Christopher Duggan's motion for order to show cause **(ECF No. 833) is DENIED**.

/ / / /

I FURTHER ORDER that the parties are temporarily stayed from further filings in this case except as set forth above until further order of the court.

DATED this 23rd day of November, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE