**FENNEMORE CRAIG, P.C.**
Christopher H. Byrd, Esq., NV Bar No. 1633
9275 W. Russell Road, Suite 240
Las Vegas, NV 89148
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
E-mail: cbyrd@fennemorelaw.com
*Attorney for Plaintiffs*
*Tomahawk Manufacturing, Inc. and Formtec, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TOMAHAWK MANUFACTURING, INC., a Wisconsin corporation, and FORMTEC, LLC, a Wisconsin limited liability company,

Plaintiffs,

vs.

SPHERICAL INDUSTRIES, INC. d/b/a ROGUEFLO, a Nevada Corporation, as successor to SPHERICAL INDUSTRIES, LLC, SPHERICAL INDUSTRIES HOLDINGS LLC, a Nevada Limited Liability Company, ENTOURAGE INTERNATIONAL, INC. a Nevada corporation, BLOCKXCHANGE, INC., CHRISTOPHER MICHAEL DUGGAN, and WILL STEVEN HARDY,

Defendants.

**CASE NO.: 2:23-cv-01007-APG-NJK**

**PLAINTIFFS' RESPONSE TO "DEFENDANT CHRISTOPHER M. DUGGAN'S MOTION UNDER LIR IA 10-5 FOR LEAVE TO FILE THE SEALED SUPPLEMENT TO HIS MOTION FOR LEAVE TO FILE FIRST AMENDED COUNTERCLAIMS" (ECF NO. 826)**

Plaintiffs Tomahawk Manufacturing, Inc. ("Tomahawk") and Formtec, LLC ("Formtec") (collectively, "Plaintiffs"), by and through their undersigned counsel, respond to Defendant Christopher Duggan's Motion (ECF No. 826) (the "Motion").

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiffs join in the sealing request and agree with the requested sealing. Plaintiff's merely respond to further expound on why good cause exists for this sealing.

Duggan asks the Court to "to lodge the Sealed Supplement, S-1 through S-18, under seal, with the legend that LR IA 10-5(a) requires on its first page." The documents and text Duggan requests to seal easily satisfy the Ninth Circuit's *Kamakana* standard, including, satisfy the Ninth Circuit's "compelling reasons" standard for sealing. *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006) (material qualifies for sealing under *Kamakana* precisely where, as here, it would "release . . . trade secrets" and other confidential information that are the subject of multiple sealing orders of this Court). This is separate and apart from the confidentiality designations under the Protective Order in this matter.

For example, the record already establishes why Plaintiffs' drawings must be sealed. As mentioned above, this Court has held that the jury could find that Plaintiffs hold protectible trade secrets, including in their drawings (ECF Nos. 467, 500). The documents contain internal Formtec and Tomahawk emails and drawings which are the kind of "specific research, designs, specifications, measurements, testing methods and results, models, [and] prototypes" that this Court has repeatedly recognized may constitute Plaintiffs' trade secrets. ECF No. 467, at 4-5; *see also* ECF No. 500, at 16-17. Furthermore, this Court has previously permitted Arbitration materials to be sealed as part of a confidential proceeding. Order Granting in Part Plaintiffs' Motion to Seal, ECF 635, at 3.

**Conclusion**

For the foregoing reasons, the Court should respectfully grant the sealing relief, and together with such other and further relief as this Court deems just and proper.

FENNEMORE CRAIG
ATTORNEYS
9275 W. Russell Road, Suite 240
Las Vegas, NV 89148
702.692.8000

Dated: November 25, 2026

Respectfully submitted,

TOMAHAWK MANUFACTURING, INC. and FORMTEC, LLC

*By their Co-Counsel:*

*/s/Trevor M. Gomberg*

Christopher H. Byrd, Esq. (#1633)
9275 W. Russell Road, Suite 240
Las Vegas, NV 89148
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
E-mail: cbyrd@fennemorelaw.com

Aaron T. Olejniczak (*admitted, pro hac vice*)
Andrus Intellectual Property Law, LLP
790 North Water Street, Suite 2200
Milwaukee, Wisconsin 53202
Telephone: (414) 271-7590
Facsimile: (414) 271-5770
E-mail:

Steven L. Levitt (*admitted, pro hac vice*)
Trevor M. Gomberg (*admitted, pro hac vice*)
Levitt LLP
129 Front Street
Mineola, New York 11501
Telephone: (516) 248-9700
Facsimile: (516) 741-9224
E-mail: slevitt@levittlawllp.com
tgomberg@levittlawllp.com

*Co-Counsel for Plaintiffs Tomahawk Manufacturing, Inc. and Formtec, LLC*

**CERTIFICATE OF SERVICE**

1. On November 25, 2026, I served the following document(s):

**PLAINTIFFS' RESPONSE TO "DEFENDANT CHRISTOPHER M. DUGGAN'S MOTION UNDER LIR IA 10-5 FOR LEAVE TO FILE THE SEALED SUPPLEMENT TO HIS MOTION FOR LEAVE TO FILE FIRST AMENDED COUNTERCLAIMS" (ECF NO. 826)**

2. I served the above-named document(s) by the following means to the persons as listed below:

[**X**] a. **ECF System** (*attach the "Notice of Electronic Filing" or list all persons and addresses*):

Christopher H. Byrd cbyrd@fennemorelaw.com
Aaron T. Olejniczak aarono@andruslaw.com, litigation@andruslaw.com
Steven L. Levitt slevitt@levittlawllp.com
Trevor M. Gomberg tgomberg@levittlawllp.com
Christopher Duggan chris@sphericalindustries.com
Dan M. Winder and Arnold Weinstock winderdandocket@aol.com; casemanager@attorneydanwinder.com

[ ] b. **United States mail, postage fully prepaid** (*list persons and addresses*):

[ ] c. **Personal Service** (*List persons and addresses*):
[ ] For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.
[ ] For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[ ] d. **By direct email (as opposed to through the ECF system)** (*list persons and email addresses*):
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. **A copy of which is attached hereto.**

[ ] e. **By fax transmission** (*list persons and fax numbers*):
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

[ ] f. **By messenger:**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 25, 2026

*/s/ Trevor M. Gomberg*____________________
By: Trevor M. Gomberg
Co-Counsel for Plaintiffs